## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                            Case No.  08-cr-45-SM

<u>Jose Rosario Santana</u>

### O R D E R

Defendant Jose Rosario Santana  has filed a motion to continue the trial (document  no.14).  Trial has been rescheduled for the September 2008 trial period.   Defendant Santana shall file a waiver of speedy trial rights not later than August 4, 2008.  On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   August 25, 2008 at 3:00 p.m.

**Jury Selection**: September 3, 2008 at  9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

July 31, 2008

cc:   Jeffrey Levin, Esq.
       Terry Ollila, Esq.
       US Probation
       US Marshal